Cite as 2025 Ark. App. 487

# ARKANSAS COURT OF APPEALS
## DIVISION III
### No. CR-24-581

| | | |
|---|---|---|
| DAVID WELCH | | **Opinion Delivered** October 22, 2025 |
| | APPELLANT | |
| | | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT |
| V. | | [NO. 63CR-20-516] |
| | | |
| STATE OF ARKANSAS | | HONORABLE JOSH FARMER, JUDGE |
| | APPELLEE | |
| | | AFFIRMED |

## ROBERT J. GLADWIN, Judge

Appellant David Welch appeals the Saline County Circuit Court's order revoking his probation. This is a companion case to *Welch v. State*, 2025 Ark. App. 486, ___ S.W.3d ___, also handed down today. Thus, the relevant facts and arguments and this court's conclusions are set forth in the companion case and are incorporated herein. Accordingly, we affirm the revocation of Welch's probation in this case also.

Affirmed.

HIXSON and MURPHY, JJ., agree.

*David Welch*, pro se appellant.

*Tim Griffin*, Att'y Gen., by: *A. Evangeline Bacon*, Ass't Att'y Gen., for appellee.